WOLF ZIBELMAN, Respondent, v. MORRIS FRIEDBERG et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

CONSOLIDATED PRODUCTS CO., INC., Appellant, v. H. E. SALZBERG CO., INC., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HOLLANDER, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

THOMAS WOODS, Respondent, v. ELMER SMITH, Appellant. — No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

DOMENICO MASCIOCCHI, Respondent, v. BANCA COMMERCIALE ITALIANA (Agency in New York), et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

DOMENICO MASCIOCCHI, Respondent, v. BANCA COMMERCIALE ITALIANA (Agency in New York), et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

TROY SAVINGS BANK, Respondent, v. REBECCA SCHEER, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, v. 1165 FIFTH AVENUE CORPORATION et al., Defendants, and WILLIAM C. PRENTISS et al., Defendants-Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

MICHAEL F. ALLEN, Respondent, v. CITY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. [179 Misc. 539.]

In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY (302–318 East 79th St., New York City — Series N-99). MARCEL LEVY, Appellant; DUFF & CONGER, INC., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

LUCY W. WOOD, Appellant, v. VOGOR REALTY CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to affirm; Martin, P. J., taking no part.

AIR CONDITIONING TRAINING CORPORATION, Respondent, v. KATHRYN A. PERRYMAN, Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.